**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-22944-BLOOM/Otazo-Reyes**

SARINA PAL, *et al.*

     Plaintiffs,

v.

1350 S. DIXIE, LLC, *d/b/a/*
*The Residences at Thesis*, *et al.*

     Defendants.

_____/

## ORDER DISMISSING COMPLAINT

**THIS CAUSE** is before the Court upon the Motion to Dismiss, filed by Defendants 1350 Dixie, LLC and Nolan Reynolds International, ECF No. [15] ("First Motion to Dismiss"), and the separate Motion to Dismiss, filed by Defendant Gables Residential Services, Inc., ECF No. [16] ("Second Motion to Dismiss"). Both Motions were filed on January 13, 2023.

Plaintiffs Sarina Pal and Jaya Williams have not filed a Response. Rather, on January 27, 2023, the day their Response was originally due, they moved for a 30-day extension of time. ECF No. [17]. The Court promptly granted that motion, extending Plaintiffs' Response deadline to February 27, 2023. ECF No. [18]. On February 27, 2023, again the day their Response was due, Plaintiffs moved for a second extension of time. ECF No. [23]. The Court denied Plaintiffs' second motion because it did not comply with Local Rule 7.1(a)(3)'s conferral requirement. ECF No. [24]. Plaintiffs have taken no further action in this case.

In short, Plaintiffs have not responded to Defendants' Motions to Dismiss nor requested an extension of time that complies with the Court's Local Rules. Pursuant to Local Rule 7.1(c)(1), Plaintiffs' failure to respond to Defendants' Motions is "sufficient cause for granting the motion[s]

Case No. 22-cv-22944-BLOOM/Otazo-Reyes

by default." Moreover, the Court agrees with the Defendants that the Complaint is an impermissible shotgun pleading and due to be dismissed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The First Motion to Dismiss, **ECF No. [15]**, is **GRANTED BY DEFAULT**.

2. The Second Motion to Dismiss, **ECF No. [16]**, is **GRANTED BY DEFAULT**.

3. Plaintiff's Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

5. The Clerk of Court is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 15, 2023.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2