# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

SARINA PAL, and individual, and
JAYA WILLIAMNS, an individual

     Plaintiffs,

v.                                                                  CIVIL ACTION NO.: 1:22-cv-22944


1350 S/ DIXIE, LLC d/b/a THE RESIDENCES
AT THESIS a Delaware limited liability Company,
GABLES RESIDENTIAL SERVICES, Texas Corporation INC.
NOLAN REYNOLDS INTERNATIONAL, LLC,
a Delaware limited liability Company,
and DOES 1 through 25m inclusive,

     Defendants.
_____/

### DEFENDANT, GABLES RESIDENTIAL SERVICES, MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Defendant, GABLES RESIDENTIAL SERVICES ("Defendant"), respectfully requests that this Court enter an Order granting an extension of time up to and including March 31, 2023 within which to respond to Plaintiff's complaint [D.E. 1], and state:

1.     The Complaint in the instant case was filed on September 15, 2022.

2.     The Defendant was served with the Summons and Complaint on December 9, 2022.

3.     The undersigned was recently retained to represent the Defendant, GABLES RESIDENTIAL SERVICES and recently received a copy of the Complaint in this action.

4.     Due to other litigation obligations unrelated to this matter, Defendant needs addition time to respond to the complaint. The undersigned therefore respectfully requests an extension of time until March 31, 2023, within which to respond to the Complaint.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
Telephone (305) 374-4400 • Facsimile (305) 579-0261

281093668v.1

5.  Undersigned counsel contacted counsel for Plaintiff concerning the relief requested in this Motion and Plaintiff's counsel has not responded to the extension requested herein.

6.  Plaintiff will not be prejudiced by the brief extension of time and the requested extension is not sought for purposes of undue delay.

WHEREFORE Defendant, GABLES RESIDENTIAL SERVICES, respectfully requests that this Court enter an Order granting an extension of time until March 31, 2023, within which to respond to Plaintiff's Complaint [D.E. 1].  Defendant further requests such other relief as this Court deems just and proper.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Counsel for Defendants*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone:    305-374-4400
Facsimile:    305-579-0261

By:    */s/ Tanya Suarez*
TANYA I. SUAREZ
Florida Bar No.: 86259
tanya.suarez@wilsonelser.com
KRISTIN E. SPOTTS
Florida Bar No.: 113908
kristin.spotts@wilsonelser.com

*Attorneys for Defendant Reliance Gables Residential Services*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

281093668v.1

CIVIL ACTION NO.: 1:22-cv-22944

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 16, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

**Andrew Williams, Esq.**
THE WILLIAMS LAW GROUP
20 Island Ave., Suite 801
Miami, Florida 33139
Tel: 253.970.1683
FL Bar No. 0111817
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com
*Attorneys for Plaintiff*

By: ___/s/ *Kristin E. Spotts*_____

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

281093668v.1