# EXHIBIT

# "A"

 **Andrew Williams <williamslawflorida@gmail.com>**

---

## Gables

---

**Andrew Williams** <williamslawflorida@gmail.com>                Mon, Mar 6, 2023 at 4:32 PM
To: Albert Sabater <asabater@bmchughlaw.com>
Cc: Brian McHugh <bmchugh@bmchughlaw.com>, "Andrew@TheWilliamsLG.com" <andrew@thewilliamslg.com>

Good afternoon Mr. McHugh,

Please be advised that it is Plaintiff's intent to file an amended complaint.  We would request 20 days to file the amended complaint.  We have spoken with counsel for THesis and Nolan Reynolds, who have advised that they do not have any objection.

Please advise as to you and your client's position.

Thank you,
[Quoted text hidden]

 **Gmail**                     **Andrew Williams <williamslawflorida@gmail.com>**

---

## Gables

---

**Brian McHugh** <bmchugh@bmchughlaw.com>                    Tue, Mar 7, 2023 at 9:33 AM
To: Andrew Williams <williamslawflorida@gmail.com>, Albert Sabater <asabater@bmchughlaw.com>
Cc: "Andrew@TheWilliamsLG.com" <andrew@thewilliamslg.com>

No objection. Please send me the proposed agreed order on this for review before you send it to the court. Brian

Brian S. McHugh, Esq.

Brian S. McHugh, P.A

Attorney

Fla. Supreme Court Certified Circuit Civil Mediator

49 N. Federal Highway, #384

Pompano Beach, Florida 33062

Tel: 954-698-2801

Fax: 954-727-5955

Email: bmchugh@bmchughlaw.com

Website: www.bmchughlaw.com

BRIAN S. McHUGH, P.A. LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

[Quoted text hidden]